UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SAMANTHA EDWARDS,  )  Case No.: 0:17-cv-60595-BB
    Plaintiff,  )
                    )
vs.  )
                      )
KINUM, INC.  )
    Defendant  )

### PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, SAMANTHA EDWARDS ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, KINUM, INC. ("Defendant"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff and Defendant respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

BY:  /s/ Jason S. Weiss
       Jason S. Weiss
       Jason@jswlawyer.com
       Florida Bar No. 356890
       WEISS LAW GROUP, P.A.
       5531 N. University Drive, Suite 103
       Coral Springs, FL 33067
       Tel: (954) 573-2800
       Fax: (954) 573-2798
       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of May, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice.

>BY: /s/ Jason S. Weiss
>Jason S. Weiss
>Jason@jswlawyer.com
>Florida Bar No. 356890