UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60595-BLOOM/Valle

SAMANTHA EDWARDS,

    Plaintiff,
v.

KINUM, INC.,

    Defendant.
_____/

# FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. [12]. It is **ORDERED AND ADJUDGED** that the above-styled case is hereby **DISMISSED WITH PREJUDICE** with each party bearing their own attorneys' fees and costs. To the extent not otherwise disposed of, all pending motions are **DENIED** as moot. The CLERK is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of May, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:

Counsel of record